**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-2752-SHL-atc |
| ONE TAURUS PUBLIC DEF JUDGE REVOLVER, CAL:45/410, S/N: HZ973414, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to a complaint filed by the United States on June 26, 2026, seeking the forfeiture of one Taurus Public Def Judge Revolver, CAL: 45/410, S/N: HZ973414, under 18 U.S.C. § 924(d)(1), it is hereby **ORDERED**:

1.      That the Bureau of Alcohol, Tobacco, Firearms and Explosives for this District will seize the defendant property and hold said property subject to the further orders of this Court;

2.      That the Bureau of Alcohol, Tobacco, Firearms and Explosives will serve a copy of the complaint on all known claimants to the defendant property including, without limitation, Brandon Becton and Tanya McRae Becton;

3.      That the government will advertise the defendant property on the internet at www.forfeiture.gov for thirty consecutive days.  The advertisement will serve notice that the defendant property was seized from Brandon Becton by the Bureau of Alcohol, Tobacco, Firearms and Explosives on January 6, 2026, in Memphis, Tennessee; that a Complaint for Forfeiture has been filed pursuant to 18 U.S.C. § 924(d)(1); and that any parties claiming any interest in the said property must file a claim within sixty days of the first date of publication and

an answer to the complaint within twenty days thereafter.

**IT IS SO ORDERED,** this 9th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

      Plaintiff,

v.                                       Civil No. 26-2752-SHL-atc

One (1) Taurus Public Def Judge
Revolver, CAL:45/410, S/N: HZ973414,

      Defendant.

## **NOTICE OF FORFEITURE ACTION**

On June 26, 2026, the United States of America, through the United States Attorney for the Western District of Tennessee, filed a Complaint for Forfeiture In Rem, pursuant to 18 U.S.C.' 924(d)(1), against the defendant property: *One (1) Taurus Public Def Judge Revolver, CAL:45/410, S/N: HZ973414.*

In accordance with Supplemental Rule G(5), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim (1) within 30 days after the final publication of this notice in a newspaper, (2) within 60 days after the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, or (3) within such additional time as may be allowed by the Court.

The Claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant=s interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. ' 1746). Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim. Claims and Answers must be filed with the Clerk, United States District Court for the Western District of Tennessee, 242 Federal Building, 167 N. Main, Memphis, Tennessee

38103 and serve notice upon the United States Attorney, 800 Federal Building, Memphis, Tennessee 38103, attn: Wendy K. Caceres, Assistant United States Attorney.

D. MICHAL DUNAVANT
United States Attorney

By:    s/ Wendy K. Caceres
WENDY K. CACERES

Dated:  June 26, 2026        Assistant United States Attorney
800 Federal Bldg., 167 N. Main
Memphis, Tennessee 38103